THE AMERICAN EXPRESS COMPANY v. LEONARD B. CONANT.

*Service of process on foreign corporation.*

Proof of service of process upon the " agent " of a foreign corporation in a suit begun before a justice is insufficient under Comp. L. § 1624, which provides for making service in such cases upon some one authorized by power of attorney to receive it.

Certiorari to A. T. Call, justice of the peace.   Submitted April 5.   Decided April 13.   Proceedings quashed.

*Wisner & Speed* for plaintiff in *certiorari.*

*Frank L. Allen* and *Ellsworth & Sapp* for defendant in *certiorari.*

MARSTON, C. J.   This action was commenced in justice's court, and the return of the constable showed that he served the summons "by reading the same to the defendant and delivering to R. G. Cooper, agent of the American Express Company at Lakeview, a copy thereof." The defendant did not appear.   The statute, 1 Comp. L. § 1624, prescribes the mode of service of process in such cases.   As there was no attempt to comply with such provisions the court acquired no jurisdiction.   *Hartford Fire Ins. Co. v. Owen* 30 Mich. 443; *Hebel v. Amazon Ins. Co.* 33 Mich. 400; *L. S. etc. Co. v. Hunt* 39 Mich. 469.

The judgment of the justice must be quashed and held for naught with costs to plaintiff.

The other Justices concurred.

# CORRECTIONS.

VOL. 39.

Page 365, line 14: Read "*of* pasture is not," etc.

VOL. 44.

Page 130, line 1: Read "final *judgment*" for "final *adjournment*."

Page 222: Read "The judgment must be *reversed*," etc.

Page 276, line 6: Read "law" for "land."

Page 382: The note is entirely wrong. It should be "A mere scintilla of evidence does not give the case to the jury."

Page 408, line 10: Read "could *not* have."

Page 712: Insert title "PARTITION" before "averment of interests" under "PARTIES."